IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEXTER BRUNSON**                                                              **PLAINTIFF**

**V.**                                          **5:17CV284 JM**

**SANTANDER CONSUMER USA, INC.**                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 27th day of August 2017.

_____
James M. Moody Jr.
United States District